UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ERNEST R. ELLIS, SR,

    Plaintiff,

  v.                                Civil Action 2:24-cv-3840
                                    Judge Michael H. Watson
                                    Magistrate Judge Chelsey M. Vascura

L J ROSS ASSOCIATES, INC.,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for More Definite Statement (ECF No. 9). Defendant's Motion (ECF No. 9) is **DENIED AS MOOT** in light of Plaintiff's Amended Complaint filed on August 30, 2024 (ECF No. 14.)

This matter is also before the Court on Defendant's Motion to Strike. (ECF No. 13.) Therein, Defendant asks the Court to strike Plaintiff's Motion to Dismiss (ECF No. 10) and require that Plaintiff re-file his Motion in typed and double-spaced format in compliance with S.D. Ohio Civ. R. 5.1(a), rather than the single-spaced cursive script Plaintiff used. Plaintiff's Motion to Dismiss is a mere seven pages long in rather large handwriting, and although Plaintiff's cursive script could be clearer, the Court does not find it to be so illegible that Defendant cannot read or respond to the Motion. Striking is therefore unwarranted. *Cf. Schuttpelz v. United States*, 2024 U.S. App. LEXIS 17828, *5 (6th Cir. July 19, 2024) (upholding the striking of a 208-page motion in a font size smaller than that required by the district court's local rules). Accordingly, Defendant's Motion to Strike (ECF No. 13) is

**DENIED**. However, Plaintiff is **ADVISED** that all future filings should comply with the formatting requirements of S.D. Ohio Civ. R. 5.1(a).

    **IT IS SO ORDERED.**

                                          */s/ Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE